No. 868. ALBERT PICK-BARTH Co., INC. *v.* MITCHELL WOODBURY Co., INC., ET AL. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the

First Circuit denied. *Messrs. Edward F. McClennen* and *Jacob J. Kaplan* for petitioner. *Messrs. Edward O. Proctor* and *Mark M. Horblit* for respondents.